**DISMISS and Opinion Filed May 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00032-CV

**JENNIFER LYNN GRANT, Appellant**
**V.**
**MICHAEL JAMES GRANT, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-17095-Z**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is the parties' joint motion to dismiss their respective appeal and cross-appeal. We grant the motion and dismiss the parties' respective appeals.

*See* TEX. R. APP. P. 42.1(a)(2).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210032F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNIFER LYNN GRANT,
Appellant

No. 05-21-00032-CV      V.

MICHAEL JAMES GRANT,
Appellee

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-18-17095-
Z.
Opinion delivered by Justice
Reichek. Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, the parties' respective appeals are **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered May 19, 2021